| | |
|---:|:---|
| DATE: | 1/8/2021 |
| LOCATION: | TYLER, TX |
| JUDGE: | K. NICOLE MITCEHLL |
| DEP.CLERK: | LISA HARDWICK |
| RPTR/ECRO: | LISA HARDWICK |
| USPO: | KEITH WALLACE |
| INTERPRETER: | --------------------------- |
| START TIME: | 4:08 p.m. |
| END TIME: | 4:18 p.m. |

**CASE NUMBER** 6:20-CR-00097-JCB

**UNITED STATES OF AMERICA**
**V.**
**MARCELINO BERUMEN**

| RYAN LOCKER | BRANDT THORSON |
|---|---|

| | | | |
|:-:|---|:-:|---|
| ☒ | Indictment Unsealed as to this defendant | ☐ | Interpreter |

## INITIAL APPEARANCE (via video conference)

| | | | |
|:-:|---|:-:|---|
| ☒ | Initial Appearance called | ☒ | Initial Appearance held |
| ☒ | Dft Appears with counsel | ☒ | Waiver to proceed by video |
| ☒ | Date of Arrest: 1/8/21 | ☒ | Dft's first appearance |
| ☒ | Dft advised of charges | ☒ | Dft advised of right to counsel |
| ☒ | Dft advised of maximum penalties | ☒ | Dft advised of right to remain silent |
| ☒ | Dft requested court appointed counsel | ☒ | The Court found the dft eligible and appoints: CJA Attorney J. Brandt Thorson |
| ☒ | Gvt made an oral Motion for Detention | ☒ | Gvt Oral Motion for Continuance of Detention Hearing |
| ☐ | Order of Conditions of Release | ☐ | Bond set: |
| ☒ | Waiver of Detention | ☐ | Dft advised of the rights of consular notification |
| ☐ | Order of Temporary Detention | ☐ | Detention Hearing set for: |
| ☒ | Order of Detention | ☐ | Arraignment Hearing set for: |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |

## ARRAIGNMENT

| | | | |
|:-:|---|:-:|---|
| ☐ | Arraignment waived in open court | ☒ | Arraignment held on indictment: All counts |
| ☒ | Dft placed under oath | ☒ | Dft physically/mentally ready |
| ☒ | Dft received copy of charges | ☒ | Dft discussed charges with counsel |
| ☐ | Charges read | ☒ | Dft waived reading of charges |
| ☒ | No pressure to plead | ☒ | Dft enters a not guilty plea to all counts |
| ☒ | Discovery orders entered | ☒ | Pretrial Conference set for 3/4/2021 at 1:30 p.m. and Jury Selection and Trial set for 3/8/2021 at 9:30 a.m. before Judge J. Cam Barker |
| ☒ | Dft remanded to the custody of the US Marshal | ☐ | Dft released on conditions of bond |